Carl Lind, appellee, v. Harry M. Englestein et al., appellants. Gen. No. 32,097.

Opinion filed March 29, 1928.
Samuels, Lawton & Wittelle, for appellants. Oke L. Pearson, for appellee; Amos W. Marston, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.